UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00390-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JULIAN GUTIERREZ,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, October 19, 2007, 2007,** and responses to these motions shall be filed by **Friday, October 26 , 2007.**  It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date**.**  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, November 26, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: October 3, 2007

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge