# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  07-cr-00390-WYD-01 |
| | USM Number:  35253-013 |
| JULIAN GUTIERREZ | Matthew C. Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law/Association with a Convicted Felon | 04/23/2012 |
| 2 | Violation of the Law | 04/13/2012 |

     The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

     October 24, 2013
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

November 19, 2013
Date

DEFENDANT:  JULIAN GUTIERREZ
CASE NUMBER:  07-cr-00390-WYD-01                                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 08/29/2012 |
| 4 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Counseling) | 06/13/2012 |
| 5 | Failure to Submit Written Reports | 01/06/2011 |
| 6 | Failure to Notify Officer of Change of Residence | 08/24/2012 |

DEFENDANT: JULIAN GUTIERREZ
CASE NUMBER: 07-cr-00390-WYD-01                                          Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. Term of imprisonment to run consecutive to any sentence imposed in Pueblo County District Court Case Number 12-CR-0561. No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit the defendant for time spent in custody and recommends that the Bureau of Prisons place the defendant at the most appropriate facility within the state of Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal